# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2024

## NO. 03-24-00268-CV

**Brett Udland, Appellant**

**v.**

**Prodigy Health, LLC, Appellee**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the interlocutory order signed by the trial court on April 11, 2024. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-24-00130-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-24-00130-CV and dismisses cause number 03-24-00268-CV. The costs will be assessed on the disposition of cause number 03-24-00130-CV.